UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MOYA,

      Plaintiff,

vs.                                              Case No. 8:17-cv-142-T-27AAS

NATIONSTAR MORTAGE, LLC,

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation for Final Order of Dismissal (Dkt. 13). Upon consideration, this case is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs except as otherwise agreed. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 25th day of April, 2017.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record